Ara Sahelian, Esq., [CBN 169257]
SAHELIAN LAW OFFICES
23276 South Pointe Drive, Suite 216
Laguna Hills, CA  92653
949. 859. 9200
e-mail: sahelianlaw@me.com

Attorneys for Gary K. Malkhasian; Anna M. Malkhasian

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### (Western Division - Los Angeles)

| | |
|---|---|
| Anthony Bouyer<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>Gary K. Malkhasian; Anna M. Malkhasian<br><br>　　　Defendants. | CASE NO.: 2:20-cv-06639-RGK-PD<br><br>The Honorable R. Gary Klausner<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO DISMISS [FRCP 12(b)1]**<br><br>Hearing Date: 11/9/20<br>Time: 9:00 AM |

**DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO DISMISS [FRCP 12(b)1] - Page 1 -**

# DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO DISMISS [FRCP 12(b)1]

I, Ara Sahelian, Esq., hereby declare and state as follows:

1. I am an attorney licensed to practice law before all the Courts of the State of California. I personally know the facts stated herein. If called upon to testify, I could and would competently testify to those facts and related facts that I rely upon to establish personal knowledge of the substantive facts asserted below:

2. I represent Gary K. Malkhasian; Anna M. Malkhasian, in the within action.

3. **Compliance with Local Rule 7-3:** This motion is made following a conference of counsel pursuant to L.R. 7-3 which took place within a week of August 13, in response to a letter I dispatched to Plaintiff's attorney, Ms. Phyl Grace, requesting a conference. Emails exchanged between Ms. Grace and I are marked Exhibit C.

4. In our telephone conversation pertaining to the actual ownership of the property, Ms. Grace indicated that the property was owned by the named defendants, and that she had documentation in support.

5. I did not receive the documentation. Instead, I received a notice that Plaintiff would request the entry of a default should I not file an answer.

6. Exhibit C are true and correct copies of emails exchanged between myself, attorney Grace and her staff.

7. Attached are true and correct copies of the Declarations of Gary and Ana Malkhasian.

I declare under penalty of perjury under the laws of the State of California, and the United States of America, that the foregoing is true and correct.

Respectfully submitted:
Date: 10/9/2020

_____
Ara Sahelian, Esq.
SAHELIAN LAW OFFICES