Ara Sahelian, Esq., [CBN 169257]
SAHELIAN LAW OFFICES
23276 South Pointe Drive, Suite 216
Laguna Hills, CA 92653
949. 859. 9200
e-mail: sahelianlaw@me.com

Attorneys for Gary K. Malkhasian; Anna M. Malkhasian

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### (Western Division - Los Angeles)

| | |
|---|---|
| Anthony Bouyer<br><br>    Plaintiff,<br><br>vs.<br><br>Gary K. Malkhasian; Anna M. Malkhasian<br><br>    Defendants.<br><br>. | CASE NO.: 2:20-cv-06639-RGK-PD<br><br>The Honorable R. Gary Klausner<br><br>**DECLARATION OF ANNA M. MALKHASIAN IN SUPPORT OF MOTION TO DISMISS**<br><br>Complaint filed: 7/24/20<br><br>Hearing Date: 11/9/2020<br>Time: 9:00 AM |

# DECLARATION OF ANNA M. MALKHASIAN IN SUPPORT OF MOTION TO DISMISS

I, ANNA M. MALKHASIAN hereby declare and state as follows:

1. I am over the age of 18 years and a resident of the State of California.  I have personal knowledge of the facts and circumstances set forth hereinafter, and could competently testify with respect thereto if called as a witness herein.

\\

2. I currently do not have, and I do not recall ever having, an ownership interest in the property located at 6815 Foothill Blvd., in Tujunga, CA, as identified in the complaint at ¶ 2.

\\

3. Moreover, I currently am not a tenant, and I do not recall ever being a tenant, at the property located at 6815 Foothill Blvd., in Tujunga, CA, as identified identified in the complaint at ¶ 2.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that this declaration was signed by my hand this Friday, October 9, 2020, at Bouyer v Malkhasian, Case Number: 2:20-cv-06639-RGK-PD, California.

1
2  _____
3             ANNA M. MALKHASIAN
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28