Ara Sahelian, Esq., [CBN 169257]
SAHELIAN LAW OFFICES
23276 South Pointe Drive, Suite 216
Laguna Hills, CA  92653
949. 859. 9200
e-mail: sahelianlaw@me.com

Attorneys for Gary K. Malkhasian; Anna M. Malkhasian

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### (Western Division - Los Angeles)

| | |
|---|---|
| Anthony Bouyer<br><br>        Plaintiff,<br><br>        vs.<br><br>Gary K. Malkhasian; Anna<br>M. Malkhasian<br><br>        Defendants. | CASE NO.: 2:20-cv-06639-RGK-PD<br><br>The Honorable R. Gary Klausner<br><br>**EXHIBITS IN SUPPORT OF**<br>**MOTION TO DISMISS [FRCP 12(b)1]**<br><br>Hearing Date: 11/9/20<br>Time: 9:00 AM |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**EXHIBIT A**

2078

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**EXHIBIT B**

**EXHIBITS TO MOTION TO DISMISS [FRCP 12(b)1]**
**- Page 4 -**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT C**

**EXHIBITS TO MOTION TO DISMISS [FRCP 12(b)1]**
**- Page 5 -**

# BOUYER v MALKHASIAN, CASE NO. 2:20-cv-06639  Inbox ✕     



**Sahelian Law Offices** <contact@sahelianlaw.com>          Thu, Aug 13, 12:56 PM   ☆  
to Phyl, Michael, Joe, Disability, Anna  ▾

BOUYER v MALKHASIAN, CASE NO. 2:20-cv-06639, UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

Dear Counsel,

We represent the interests of Anna and Gary Malkhasian. Someone threw a summons and complaint onto their yard. The complaint identifies a property allegedly non-compliant with the Americans With Disabilities Act, that my clients do not own. Would you please get back to me and commit to removing their names as party defendants?
Thank you for your attention to the above.

Regards,
Ara
--
**SAHELIAN LAW OFFICES**
23276 South Pointe Drive, Suite 216
Laguna Hills, CA 92653
[(949) 859-9200](tel:9498599200)
(949) 229-2849



**Phyl Grace**                                                 September 22, 2020 at 10:14 AM
Bouyer v. Malkhasian  ADAA–049.432                                                **Details**
To:  Ara Sahelian,  Cc:  Disability Rights

Mr. Sahelian:

As you may recall, we spoke about a case that your clients would be interested in resolving.  In reviewing my notes, this may be the case we discussed.

Please let me know the status of early resolution.

Thank you for your courtesy.

Very truly yours,

Phyl Grace, Esq.



From: **Ara Sahelian** sahelianlaw@icloud.com
Subject: Bouyer v Malkhasian, Case Number: 2:20-cv-06639-RGK-PD
Date: October 9, 2020 at 10:22 AM
To: Phyl Grace pgrace@manninglawoffice.com
Cc: Disability Rights disabilityrights@manninglawoffice.com, Sahelianlaw contact@sahelianlaw.com



Matter: Bouyer v Malkhasian, Case Number: 2:20-cv-06639-RGK-PD, UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles), The Honorable R. Gary Klausner

Ms. Grace,

I'm responding to your email, below. If you check your notes, you will notice that Plaintiff was put on notice that the property identified in the complaint is not owned by any of the Defendants. In fact, we had a telephone conversation about this, during which you said you would provide me with documentary evidence. You have yet to provide any documents establishing ownership.

Regards,

Ara Sahelian, Esq.
SAHELIAN LAW OFFICES
23276 South Pointe, 216
Laguna Hills, CA 92653
WEB: SAHELIANLAW.COM
Direct : 949 859 9200
email : sahelianlaw@icloud.com

This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply and delete the message.

**Diana X. Lopez** 
RE: Bouyer v. Malkhasian  ADAA-049.432

**To:** Phyl Grace,   Ara Sahelian,   **Cc:** Disability Rights

Yesterday at 4:22 PM

Details

Mr. Sahelian,

This email will serve as a courtesy notice that Defendant's response is due no later than October 9, 2020.  Should the response fail to be timely filed, a default will be taken as required by Court rules.

Thank you for your cooperation in this regard.

Diana Lopez



Diana P. Lopez
Operations Manager

20062 S.W. Birch St., Suite 200 • Newport Beach, CA 92660
Tel: Office (949) 200-8755 • Fax: (866) 843-8308
dianal@manninglawoffice.com
www.ManningLawAPC.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT D

 

**This page is part of your document - DO NOT DISCARD**



# 20190111303



**Pages:
0004**

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**02/06/19 AT 11:20AM**

| | |
|---|---|
| FEES: | 26.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 101.00 |



**L E A D S H E E T**



201902062870054

**00016237166**



009613770

**SEQ:
01**

DAR - Mail (Intake)

EXHIBIT D



**THIS FORM IS NOT TO BE DUPLICATED**



E621013

Document Number:16237166

Batch Number:9613770

**RECORDING REQUESTED BY**
**AND WHEN RECORDED MAIL TO:**
Roobina Badalian

**MAIL TAX STATEMENTS TO:**
Roobina Badalian
1986 Waltonia Dr.
Montrose, CA 91020

## AFFIDAVIT – DEATH OF JOINT TENANT

### A.P.N: 2568-020-021 and 2568-020-022

State of California
County of Los Angeles

Roobina Badalian, of legal age, being first duly sworn, deposes and says:

That Ararat Badalian, the decedent mentioned in the attached certified copy of Certificate of Death, is the same person as Ararat Badalian named as one of the parties in that certain Individual Grant Deed dated May 21, 1996, executed by Moses Nersesian and Satenig Nersesian, Husband and Wife as Community Property, to Ararat Badalian and Roobina Badalian, Husband and Wife as Joint Tenants, recorded as Instrument No. 1996.819456 on May 24, 1996 of Official Records of Los Angeles County, covering the following described property situated in the said County, State of California:

Lots 159 & 160 in Tract No. 3484 as per Map recorded in Book 51, Pages 93 and 94 of Maps, in the Office of the County Recorder of Los Angeles County, California.

More commonly known as 6815 & 6817 Foothill Blvd, Tujunga, CA 91042.

Dated: *1-31-2019*

By: *Roobina Badalian*
ROOBINA BADALIAN

Affidavit Death of Joint Tenant
Page **1** of **2**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Los Angeles_

Subscribed and sworn to (or affirmed) before me on this __31st__

day of __January__, 20_19_, by __Roobine Bedelian__

KENDRA HAMPTON
COMM. # 2232666
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. MAR. 1, 2022

(Seal)                    Signature _____

Affidavit Death of Joint Tenant
Page **2** of **2**

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF LOS ANGELES DEPARTMENT OF PUBLIC HEALTH

### CERTIFICATE OF DEATH
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11(REV 1/05)

3201119030294

LOCAL REGISTRATION NUMBER

| | | | |
|---|---|---|---|
| 1. NAME OF DECEDENT—FIRST (Given) **ARARAT** | 2. MIDDLE | 3. LAST (Family) **BADALIAN** | |

AKA, ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST)

| 4. DATE OF BIRTH mm/dd/ccyy **09/02/1954** | 5. AGE Yrs. **56** | IF UNDER ONE YEAR / Months / Days / IF UNDER 24 HOURS / Hours / Minutes | 6. SEX **M** |
|---|---|---|---|

| 9. BIRTH STATE/FOREIGN COUNTRY **IRAN** | 10. SOCIAL SECURITY NUMBER **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** | 11. EVER IN U.S. ARMED FORCES? YES NO [X] UNK | 12. MARITAL STATUS/SRDP* (at Time of Death) **MARRIED** | 7. DATE OF DEATH mm/dd/ccyy **07/19/2011** | 8. HOUR (24 Hours) **1820** |
|---|---|---|---|---|---|

| 13. EDUCATION – Highest Level/Degree (see worksheet on back) **BACHELOR** | 14/15. WAS DECEDENT HISPANIC/LATINO/SPANISH? (if yes, see worksheet on back) [X] NO YES | 16. DECEDENT'S RACE – Up to 3 races may be listed (see worksheet on back) **ARMENIAN** | |
|---|---|---|---|

| 17. USUAL OCCUPATION – Type of work for most of life. DO NOT USE RETIRED **ENGINEER** | 18. KIND OF BUSINESS OR INDUSTRY (e.g., grocery store, road construction, employment agency, etc.) **AEROSPACE** | 19. YEARS IN OCCUPATION **30** |
|---|---|---|

| 20. DECEDENT'S RESIDENCE (Street and number, or location) **1986 WALTONIA DRIVE** | | | | |
|---|---|---|---|---|
| 21. CITY **MONTROSE** | 22. COUNTY/PROVINCE **LOS ANGELES** | 23. ZIP CODE **91020** | 24. YEARS IN COUNTY **35** | 25. STATE/FOREIGN COUNTRY **CA** |

| 26. INFORMANT'S NAME, RELATIONSHIP **ROOBINA BADALIAN, WIFE** | 27. INFORMANT'S MAILING ADDRESS (Street and number or rural route number, city or town, state and zip) **1986 WALTONIA DRIVE, MONTROSE, CA 91020** |
|---|---|

| 28. NAME OF SURVIVING SPOUSE/SRDP*—FIRST **ROOBINA** | 29. MIDDLE | 30. LAST (BIRTH NAME) **YEGHAZARIAN** | |
|---|---|---|---|

| 31. NAME OF FATHER/PARENT—FIRST **ARSEN** | 32. MIDDLE | 33. LAST **BADALIAN** | 34. BIRTH STATE **IRAN** |
|---|---|---|---|

| 35. NAME OF MOTHER/PARENT—FIRST **MARYAM** | 36. MIDDLE | 37. LAST (BIRTH NAME) **GALUSTIAN** | 38. BIRTH STATE **IRAN** |
|---|---|---|---|

| 39. DISPOSITION DATE mm/dd/ccyy **07/25/2011** | 40. PLACE OF FINAL DISPOSITION **FOREST LAWN MEMORIAL PARK 6300 FOREST LAWN DRIVE, LOS ANGELES, CA 90068** | |
|---|---|---|
| 41. TYPE OF DISPOSITION(S) **BU** | 42. SIGNATURE OF EMBALMER ▶ **JESSICA SOLIS** | 43. LICENSE NUMBER **EMB9091** |
| 44. NAME OF FUNERAL ESTABLISHMENT **FOREST LAWN MEMR PRKS & MTYS** | 45. LICENSE NUMBER **FD 904** 46. SIGNATURE OF LOCAL REGISTRAR ▶ **JONATHAN FIELDING, MD** | 47. DATE mm/dd/ccyy **07/22/2011** |

| 101. PLACE OF DEATH **VERDUGO HILLS HOSPITAL** | 102. IF HOSPITAL, SPECIFY ONE [X] IP ER/OP DOA | 103. IF OTHER THAN HOSPITAL, SPECIFY ONE Hospice Nursing Home/LTC Decedent's Home | |
|---|---|---|---|
| 104. COUNTY **LOS ANGELES** | 105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number, or location) **1812 VERDUGO BLVD** | 106. CITY **GLENDALE** | |

| 107. CAUSE OF DEATH | Enter the chain of events — diseases, injuries, or complications — that directly caused death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. | Time Interval Between Onset and Death | 108. DEATH REPORTED TO CORONER? |
|---|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) (A) **SEPTIC SHOCK** | | **2 WKS** | [X] YES NO 2011-54775 |
| Sequentially, list conditions, if any, leading to cause on "Line A. Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST (B) **STAGE IV DECUBITUS ULCER OF SACRUM** | | **1 YR** | 109. BIOPSY PERFORMED? YES [X] NO |
| (C) **ANOXIC ENCEPHALOPATHY** | | **2 YRS** | 110. AUTOPSY PERFORMED? YES [X] NO |
| (D) **PROBABLE VIRAL ENCEPHALITIS** | | **UNK** | 111. USED IN DETERMINING CAUSE? YES NO |

| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 **NONE** | |
|---|---|
| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? (If yes, list type of operation and date.) **NO** | 113A. IF FEMALE, PREGNANT IN LAST YEAR? YES NO UNK |

| 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. Decedent Attended Since / Decedent Last Seen Alive (A) mm/dd/ccyy **07/18/2011** (B) mm/dd/ccyy **07/19/2011** | 115. SIGNATURE AND TITLE OF CERTIFIER ▶ **DARSHANA SARATHCHANDRA M.D.** | 116. LICENSE NUMBER **A102602** 117. DATE mm/dd/ccyy **07/22/2011** |
|---|---|---|
| | 118. TYPE OR ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE **DARSHANA SARATHCHANDRA M.D. 450 E HUNTINGTON DR, ARCADIA, CA 91007** | |

| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. 121. MANNER OF DEATH Natural Accident Homicide Suicide Pending Investigation Could not be determined | 120. INJURED AT WORK? YES NO UNK | 121. INJURY DATE mm/dd/ccyy | 122. HOUR (24 Hours) |
|---|---|---|---|

| 123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.) | |
|---|---|
| 124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury) | |
| 125. LOCATION OF INJURY (Street and number, or location, and city, and zip) | |
| 126. SIGNATURE OF CORONER / DEPUTY CORONER | 127. DATE mm/dd/ccyy | 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER |

| STATE REGISTRAR | A | B | C | D | E | *01000100183393* | FAX AUTH.# | CENSUS TRACT |
|---|---|---|---|---|---|---|---|---|

This is a true certified copy of the record filed in the County of Los Angeles Department of Public Health if it bears the Registrar's signature in purple ink.

*Jonathan E Fielding MD*
GL
Director of Public Health and Registrar

DATE ISSUED
**JUL 26 2011**

*HD2503041*



This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

RECORDING REQUESTED BY:

AND WHEN RECORDED MAIL TO:

Mr. and Mrs. Ararat Badalian
1986 Waltonia Drive
Montrose, CA 91020

RECORDED/FILED IN OFFICIAL RECORDS
RECORDER'S OFFICE
LOS ANGELES COUNTY
CALIFORNIA

MAY   24  1996   AT 8 A.M.

FEE $13     R
3

THIS SPACE FOR RECORDER'S USE ONLY:

ESCROW NO. 31667

**INDIVIDUAL GRANT DEED**

TITLE ORDER NO. 247600-D

THE UNDERSIGNED GRANTOR(S) DECLARE(s)
    **DOCUMENTARY TRANSFER TAX** is $ 148.50   **CITY TRANSFER TAX** is $607.50
    [X]  computed on full value of property conveyed, or
    [ ]  computed on full value less value of liens or encumbrances remaining at time of sale.
    [ ]  Unincorporated area      [X ]  City of Los Angeles, **AND**

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

**MOSES NERSESIAN and SATENIG NERSESIAN, Husband and Wife as Community Property**

hereby GRANT(s) to:

**ARARAT BADALIAN and ROOBINA BADALIAN, Husband and Wife as Joint Tenants**

the real property in the city of Los Angeles, County of Los Angeles, State of California, described as:
**Lots 159 & 160 in Tract No. 3484 as per Map recorded in Book 51, Pages 93 and 94 of Maps, in the
Office of the County Recorder of Los Angeles County, California.**
    COMPLETE LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT "A"
ALSO KNOWN AS:  **6815 & 6817 Foothill Blvd., Tujunga, CA  91042**
A.P. # 2568-20-21

DATED May 21, 1996
STATE OF CALIFORNIA
COUNTY OF LOS ANGELES
On May 21, 1996
before me, the undersigned
a Notary Public in and for said State, personally appeared
**MOSES NERSESIAN & SATENIG NERSESIAN**

personally known to me (or proved to me on the basis of
satisfactory evidence) to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me
that he/she/they executed the same in his/her/their authorized
capacity(ies), and that by his/her/their signature(s) on the
instrument the person(s), or the entity upon behalf of which the
person(s) acted, executed the instrument.
WITNESS my hand and official seal.

Signature

Moses Nersesian

Satenig Nersesian

(This area for official notarial seal)

Mail tax statements to: Mr. and Mrs. Ararat Badalian, , CA

STATE OF CALIFORNIA

County of _LOS ANGELES_

Title or type of Document _____
Number of Pages _____ Date of Document _____
Signer(s) Other than named below _____

On _MAY 21, 1996_ _____ before me _THE UNDERSIGNED_ _____ personally appeared

_MOSES NERSESIAN & SATENIG NERSESIAN_

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by this/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____ (Seal)
Notary Public in and for said County and State

UD61 (Rev. 4/94)

JENNIFER L. WOODARD
COMM. #1016193
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires March 17, 1998

STATE OF CALIFORNIA

County of _____

Title or type of Document _____
Number of Pages _____ Date of Document _____
Signer(s) Other than named below _____

On _____ before me _____ personally appeared

_____

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by this/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____ (Seal)
Notary Public in and for said County and State

UD01 (Rev. 4/94)

# 96   819456

ORDER NO.: 247600D

# LEGAL DESCRIPTION
EXHIBIT "A"

THE LAND REFERRED TO IN THIS REPORT IS SITUATED IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

PARCEL 1:

LOT(S) 159 OF TRACT NO. 3484, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 51 PAGE(S) 93 AND 94 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

PARCEL 2:

LOT(S) 160 OF TRACT NO. 3484, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES  STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 51 PAGE(S) 93 AND 94 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

96   819456

FIDELITY NATIONAL TITLE INSURANCE COMPANY
3




**This page is part of your document - DO NOT DISCARD**



# 20190111304



**Pages:
0003**

**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**02/06/19 AT 11:20AM**

| | |
|---|---|
| FEES: | 25.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 100.00 |



**L E A D S H E E T**



201902062870054

00016237322



009613770

**SEQ:
02**

DAR - Mail (Intake)



**THIS FORM IS NOT TO BE DUPLICATED**



*E621013*

Document Number:16237322

Batch Number:9613770

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:
Roobina Badalian, Trustee

MAIL TAX STATEMENTS TO:
Roobina Badalian, Trustee
1986 Waltonia Dr.
Montrose, CA 91020

## GRANT DEED

### A.P.N: 2568-020-021 and 2568-020-022

The undersigned Grantor declares under penalty of perjury that the following is true and correct:
There is no consideration for this transfer.  This is a transfer to a revocable living trust.
(R&T 11930)
Documentary transfer tax is $0, City tax $0

ROOBINA BADALIAN

ROOBINA BADALIAN, a widow

hereby Grants to:

ROOBINA BADALIAN, as Trustee of THE ROOBINA BADALIAN LIVING TRUST DATED
JANUARY 31, 2019

the following real property in the city of Los Angeles, County of Los Angeles, State of
California, described as:

Lots 159 & 160 in Tract No. 3484 as per Map recorded in Book 51, Pages 93 and 94 of Maps, in
the Office of the County Recorder of Los Angeles County, California.

More commonly known as 6815 & 6817 Foothill Blvd, Tujunga, CA 91042.

Dated: *1-31-2019*

By: 

ROOBINA BADALIAN

Grant Deed
Page 1 of 2

## ACKNOWLEDGMENT

> A notary public or other officer completing this
> certificate verifies only the identity of the
> individual who signed the document to which
> this certificate is attached, and not the
> truthfulness, accuracy, or validity of that
> document.

State of California
County of Los Angeles

On January 31, 2019 before me Kendra Hampton, Notary Public
(insert name and title of the officer)

personally appeared Roobina Badalian , who proved to me on the
basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to
the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the
instrument the person(s), or the entity upon behalf of which the person(s) acted,
executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that
the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

KENDRA HAMPTON
COMM. # 2232666
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Comm. Exp. Mar. 1, 2022

Signature _____ **(Seal)**

Grant Deed
Page 2 of 2




**This page is part of your document - DO NOT DISCARD**

**20191451187**





**Pages:**
**0004**

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**12/27/19 AT 08:00AM**

| | | |
|---|---|---|
| FEES: | | 28.00 |
| TAXES: | | 4,760.00 |
| OTHER: | | 0.00 |
| PAID: | | 4,788.00 |





**L E A D S H E E T**



201912271010040

00017670050



010397130

**SEQ:**
**02**

**SECURE - 8:00AM**



**THIS FORM IS NOT TO BE DUPLICATED**



E464443

# LAWYERS TITLE

**Recording Requested By**
Lawyers Title Company

**When Recorded Mail to**
**And Mail Tax Statements To**
Susanna Aroutiounian
900 Andover Drive
Burbank, CA 91504

Escrow No: 110-161800-JL
Order No: 119081860

APN: 2568-020-021 & 2568-020-022
Property: 6815 and 6817 Foothill Boulevard, Los Angeles, CA 91042

*SPACE ABOVE IS RESERVED FOR RECORDER'S USE*

# GRANT DEED

The undersigned Grantor(s) Declare(s):
Documentary Transfer Tax is $935.00       City Tax is $ 3,825.00

__X__ Computed on the full value of the interest or property conveyed; or
_____ Computed on the full value less value of liens or encumbrances remaining at time of sale
_____ Unincorporated Area __X__ City of Los Angeles

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

**Roobina Badablian, Trustee of The Roobina Badalian Trust dated January 31, 2019**

Hereby grants to

**Susanna Aroutiounian, a married woman, as her sole and separate property**

the following described real property in the City of Los Angeles, in the County of Los Angeles, State of California:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

DATED: July 24, 2019                **Signature Page attached hereto**
                                     **and made a part hereof**

MAIL TAX STATEMENTS AS DIRECTED ABOVE

Notary Acknowledgement attachment to Grant Deed dated July 24, 2019, executed by Roobina Badablian, Trustee of The Roobina Badalian Trust dated January 31, 2019 Property address: 6815 and 6817 Foothill Boulevard, Los Angeles, CA 91042

Date: July 24, 2019

The Roobina Badalian Trust dated January 31, 2019

By: _Roobina Ball_

Roobina Badablian, Trustee

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF _Los Angeles_
On _December 19, 2019_ before me, _Sharon Gonzalez_ _____ A Notary Public personally appeared
_Roobina Badablian_ _____ who proved to me on the basis of
satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they
executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon
behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

Signature _____ (seal)

SHARON GONZALEZ
Commission No. 2139880
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires JANUARY 10, 2020

EXHIBIT "A"
LEGAL DESCRIPTION

The following real property in the city of Los Angeles, County of Los Angeles, State of California, described as:

Lots 159 & 160 in Tract No. 3484, in the City of Los Angeles, County of Los Angeles, State of California, as per Map recorded in Book 51, Pages 93 and 94 of Maps, in the Office of the County Recorder of Los Angeles County, California.

APNS:  2568-020-021 & 022




**This page is part of your document - DO NOT DISCARD**

## 20191451186




**Pages:**
**0004**

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**12/27/19 AT 08:00AM**

| | |
|---|---|
| FEES: | 28.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 28.00 |





**L E A D S H E E T**



201912271010040

00017670049



010397130

**SEQ:**
**01**

**SECURE - 8:00AM**



**THIS FORM IS NOT TO BE DUPLICATED**

E08_191226_700-091



RECORDING REQUESTED BY
# LAWYERS TITLE
AND WHEN RECORDED MAIL DOCUMENT TO:

NAME   SUSANNA AROUTIONIAN

STREET
ADDRESS   900 ANDOVER DRIVE

CITY, STATE &
ZIP CODE   BURBANK, CA. 91504

SPACE ABOVE FOR RECORDER'S USE ONLY

# QUITCLAIM DEED

### Title of Document

Pursuant to Senate Bill 2 – Building Homes and Jobs Act (GC Code Section 27388.1), effective January 1, 2018, a fee of seventy-five dollars ($75.00) shall be paid at the time of recording of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property. The fee imposed by this section shall not exceed two hundred twenty-five dollars ($225.00).

☑ Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer subject to the imposition of documentary transfer tax (DTT).

☐ Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer of real property that is a residential dwelling to an owner-occupier.

☐ Exempt from fee per GC 27388.1 (a) (1); fee cap of $225.00 reached.

☐ Exempt from the fee per GC 27388.1 (a) (1); not related to real property.

**THIS COVER SHEET ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION**
**($3.00 Additional Recording Fee Applies)**

**LAWYERS TITLE**

**Recording Requested By**
Lawyers Title Company

**When Recorded Mail to**
**And Mail Tax Statements To**
Susanna Aroutiounian
900 Andover Drive
Burbank, CA 91504

Escrow Number: 110-161800-JL
Title Number: 119081860

APN: 2568-020-021 & 2568-020-022               *SPACE ABOVE IS RESERVED FOR RECORDER'S USE*
Property: 6815 and 6817 Foothill Boulevard, Los Angeles, CA 91042

# QUITCLAIM DEED

The undersigned Grantor(s) Declare(s):
Documentary Transfer Tax is $-0-  City Tax is $ -0-
__X__ Computed on the full value of the interest or property conveyed; or
_____ Computed on the full value less value of liens or encumbrances remaining at time of sale
_____ Unincorporated Area __X__ City of Los Angeles

"This conveyance establishes sole and separate property of a spouse, R&T 11911."

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
**Arman Panoosian, Spouse of Grantee herein**

hereby remise(s), release(s) and forever quitclaim(s) to
**Susanna Aroutiounian, a married woman, as her sole and separate property**

the following described real property in the City of Los Angeles, County of  Los Angeles, State of California:

*SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF*

DATED: December 23, 2019

Arman Panoosian

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF LOS Angeles
On December 23, 2019 before me, Sharon Gonzalez                               A  Notary  Public
personally appeared Arman Panoosian                                            who proved to me
on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

Signature _____ (seal)

**SHARON GONZALEZ**
Commission No.2139880
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires JANUARY 10, 2020

MAIL TAX STATEMENTS TO PARTY SHOWN BELOW; IF NO PARTY SHOWN, MAIL AS SHOWN ABOVE.

**EXHIBIT "A"**
**LEGAL DESCRIPTION**

The following real property in the city of Los Angeles, County of Los Angeles, State of California, described as:

Lots 159 & 160 in Tract No. 3484, in the City of Los Angeles, County of Los Angeles, State of California, as per Map recorded in Book 51, Pages 93 and 94 of Maps, in the Office of the County Recorder of Los Angeles County, California.

APNS:  2568-020-021 & 022