Ara Sahelian, Esq., [CBN 169257]
SAHELIAN LAW OFFICES
23276 South Pointe Drive, Suite 216
Laguna Hills, CA  92653
949. 859. 9200
e-mail: sahelianlaw@me.com
Attorneys for Gary K. Malkhasian; Anna M. Malkhasian

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### (Western Division - Los Angeles)

Anthony Bouyer

    Plaintiff,

    vs.

Gary K. Malkhasian; Anna M. Malkhasian

    Defendants.

.

CASE NO.: 2:20-cv-06639-RGK-PD

The Honorable R. Gary Klausner

**NOTICE OF MOTION TO DISMISS [FRCP 12(b)1]**

Hearing Date: 11/9/20
Time: 9:00 AM

---

**NOTICE OF MOTION TO DISMISS [FRCP 12(b)1] - Page 1 -**

1  TO THIS COURT AND ALL ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTE that on the Date and Time noted in the

3  caption, or as soon thereafter as the matter may be heard, Defendants

4  Gary K. Malkhasian; Anna M. Malkhasian will and hereby move the

5  Court for dismissal of the action under FRCP 12(b)(1).

6  Defendants complied with Local Rule 7-3.

7  This Motion is further made upon this notice of application, upon the

8  supporting declaration of attorney Ara Sahelian, Esq., the memorandum

9  of points and authorities, the pleadings, files and records in this action,

10  and on other such oral and documentary evidence as may be present at the

11  hearing on this application in the above-titled action.

12  Respectfully submitted:

13  Date: 10/9/2020

_____
Ara Sahelian, Esq.
SAHELIAN LAW OFFICES