JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GARY K. MALKHASIAN and ANNA M. MALKHASIAN, individually and as trustees of the SHAUNT TRUST DATED JANUARY 20, 2004; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-06639-RGK-PD<br><br>[~~PROPOSED~~] ORDER DISMISSAL WITH PREJUDICE |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Anthony Bouyer ("Plaintiff") and Gary K. Malkhasian and Anna M. Malkhasian ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:  March 25, 2021

*Gary Klausner*
_____
UNITED STATES DISTRICT JUDGE